UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI ANN TATE and GARDUS TATE

               Plaintiffs,                         Case Number 10-13257
                                                       Honorable David M. Lawson
v.                                                     Magistrate Judge Michael Hluchaniuk

GOLDEN TITLE INSURANCE AGENCY,
INCORPORATED, ROMAN HOROSZWESKI,
and LAURA HOROSZWESKI,

               Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE
WITH RESPECT TO DEFENDANTS GOLDEN TITLE INSURANCE AGENCY,
ROMAN HOROSZEWSKI, AND LAURA HOROSZEWSKI**

      Presently before the Court is the report issued on September 20, 2011 by Magistrate Judge Michael Hluchaniuk pursuant to 28 U.S.C. § 636(b), recommending that this Court dismiss the plaintiffs' complaint without prejudice with respect to defendants Golden Title Insurance Agency, Inc., Roman Horoszewski, and Laura Horoszewski pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 41.2. Although the Magistrate Judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt. #59] is **ADOPTED**.

It is further **ORDERED** that the plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE** with respect to defendants Golden Title Insurance Agency, Inc., Roman Horoszewski, and Laura Horoszewski.

        s/David M. Lawson  
        DAVID M. LAWSON  
        United States District Judge

Dated: November 2, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 2, 2011.

        s/Deborah R. Tofil  
        DEBORAH R. TOFIL